United States District Court
Southern District of Texas
**ENTERED**
October 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RUSSELL SMITH § § V. § § NO. 3:22-CV-232 § PROSPER MARKETPLACE, INC., § EXPERIAN INFORMATION § SOLUTIONS, INC. EQUIFAX § INFORMATION SERVICES LLC, § and TRANSUNION, LLC § | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff and defendant Experian Information Solutions, Inc. have filed a joint stipulation of dismissal with prejudice. Dkt. 27. Accordingly, the court orders that the plaintiff's claims against defendant Experian Information Solutions, Inc., are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees and costs.

Signed on Galveston Island on the 18th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE